Heather M. Shumaker, Esq.  (IN #28340-49)
  (admitted *Pro Hac Vice*)
Sandra Davis Jansen, Esq.  (IN #27803-53)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  hshumaker@schuckitlaw.com
            sjansen@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NICOLE AMARILLAS,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.;<br>TRANSUNION; EXPERIAN; and EQUIFAX;<br>　　　　　Defendants. | CASE NO. 4:16-cv-06719-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

   *Pro se* Plaintiff Nicole Amarillas ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:16-CV-06719-DMR**

1
2            Respectfully submitted,
3
4
5 Date: <u>December 21, 2016.</u>    <u>s/ Heather M. Shumaker</u>
                Heather M. Shumaker, Esq.  (IN #28340-49)
                 (admitted *Pro Hac Vice*)
6              Sandra Davis Jansen, Esq.  (IN #27803-53)
                 (admitted *Pro Hac Vice*)
7              Schuckit & Associates, P.C.
8              4545 Northwestern Drive
               Zionsville, IN  46077
9              Telephone:  317-363-2400
               Fax:  317-363-2257
10             E-Mail:  hshumaker@schuckitlaw.com
                  sjansen@schuckitlaw.com
11             *Lead Counsel for Defendant, Trans Union, LLC*
12
13             David Streza, Esq. (CSB #209353)
               Vogl Meredith Burke LLP
14             456 Montgomery Street, 20th Floor
               San Francisco, CA  94104
15             Telephone:  415-398-0200
               Fax:  415-398-2820
16             E-Mail:  dstreza@vmbllp.com
17             *Local Counsel for Defendant, Trans Union, LLC*
18 Date: <u>December 21, 2016</u>.    <u>s/ Nicole Amarillas (w/consent)</u>
                NICOLE AMARILLAS
19             4701 Broomtail Court
20             Antioch, California 94531
               E-Mail:  GoldyGarcia76@gmail.com
21
22             *Plaintiff*
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:16-CV-06719-DMR**

# PROOF OF SERVICE

I, Heather M. Shumaker, declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Schuckit & Associates, whose address is 4545 Northwestern Drive, Zionsville, IN. On December 21, 2016, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service**. I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Berkeley, California. |

All documents were sent to the following persons in the following manner:

Nicole Amarillas
4701 Broomtail Court
Antioch, CA  94531

I declare under penalty of perjury under the laws of the States of Indiana and California that the foregoing is true and correct, and that this Proof of Service was executed on this 21st day of December, 2016, at Zionsville, IN.

*s/ Heather M. Shumaker*
Heather M. Shumaker, Esq.  (IN #28340-49)
   (admitted *Pro Hac Vice*)
Sandra Davis Jansen, Esq.  (IN #27803-53)
   (admitted *Pro Hac Vice*)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:16-CV-06719-DMR**

|  |  |
|---|---|
| 1 | |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Nicole Amarillas and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. |

Date: _____        _____
                                     JUDGE, United States District Court, Northern
                                     District of California

DISTRIBUTION TO:

| Nicole Amarillas<br>4701 Broomtail Court<br>Antioch, CA  94531 | David James Streza<br>dstreza@vmbllp.com |
|---|---|
| Sandra Davis Jansen<br>sjansen@schuckitlaw.com | Heather M. Shumaker<br>hshumaker@schuckitlaw.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:16-CV-06719-DMR**