THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE AMARILLAS,<br><br>          Plaintiffs,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, et al.,<br><br>          Defendant. | Case No.: 4:16-cv-06719-JST<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC |

Plaintiff Nicole Amarillas, pro se, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Dated: March 13, 2017         /s/ Nicole Amarillas (with consent)
                              Nicole Amarillas
                              4701 Broomtail Court
                              Antioch, CA 94531
                              ***Plaintiff Pro Se***

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

Dated: March 13, 2017                    NOKES & QUINN

   /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## ATTESTATION

I, Thomas P. Quinn, Jr., hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  March 13, 2017                    By:    */s/ Thomas P. Quinn, Jr.*
                                                                         Thomas P. Quinn, Jr.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax is
2  dismissed with prejudice.  Plaintiff Nicole Amarillas and Defendant Equifax shall
3  each bear their owns costs and attorneys' fees.

Date:  March 13, 2017

JUDGE, United States District Court
Northern District of California

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 –