UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE AMARILLAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No.16-cv-06719-JST<br><br>**ORDER TO SHOW CAUSE** |

The complaint in this case was filed on November 21, 2016. ECF No. 1. Two of the three named defendants have been dismissed, but it appears that defendant Midland Credit Management has not even been served.

Federal Rule of Civil Procedure 4(m) instructs that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." More than 120 days have elapsed since the filing of the complaint.

Accordingly, good cause appearing, Plaintiff Amarillas is now ORDERED TO SHOW CAUSE why this action should not be dismissed as to Midland Credit Management pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff shall file a written response to this order by May 8, 2017. If Plaintiff fails to file a response, the Court will dismiss Midland Credit Management and direct the clerk to close the case.

/ / /

/ / /

/ / /

The Case Management Conference scheduled for April 26, 2017 is vacated.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
JON S. TIGAR
United States District Judge