UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE AMARILLAS,<br><br>   Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>   Defendant. | Case No.3:16-cv-06719-JST<br><br>**CLERK'S NOTICE TERMINATING DEFENDANT AND CLOSING CASE**<br><br>Re: Dkt. No. 27 |

On April 27, 2017 the Court issued an Order to Show Cause to the Plaintiff. (ECF No. 27). A deadline for a response of May 8, 2017 was set by the Court. No response has been received from the Plaintiff. Defendant Midland Credit Management is dismissed and this case is now closed.

Dated: May 11, 2017

                                                  Susan Y. Soong
                                                  Clerk, United States District Court

                                                  By: _____
                                                  William Noble, Deputy Clerk to the
                                                  Honorable JON S. TIGAR